In the Matter of Supplementary Proceedings: HENRIETTA H. SELL, Judgment Creditor, Appellant, v. RUSSELL J. SELL, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KATHERINE SPECTOR and SARAH SPECTOR v. NEWS SYNDICATE CO., INC., a Corporation Trading as "DAILY NEWS," and ED. SULLIVAN.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 843.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY and MATILDA H. LLOYD, as Trustees under the Last Will and Testament of FRANCIS G. LLOYD, Deceased, v. 7 EAST 44TH STREET CORP.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of EMIL FRIEDLANDER, HAROLD WILLIAMS and ALFRED L. ROSE, for a Determination of the Validity, Construction and Effect of the Last Will and Testament of HENRY DAZIAN, Deceased. SOPHIE COHEN, LOUIS KATZENBERG, AARON KATZENBERG, BENJAMIN KATZENBERG, RACHEL TENENHEISER, SOPHIE DAUM and MARY FOX, Objectants, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

JEANNETTE BORENSTEIN v. DAVID BORENSTEIN, D. & D. ELECTRIC COMPANY, INC., and ELLA BORENSTEIN, as Administratrix, etc., of WALTER BORENSTEIN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MITSUI & Co., LTD., for an Order Directing that an Arbitration Proceed between the Said MITSUI & Co., LTD., and BENJAMIN SCHNEIR, SOL M. SCHNEIR and MAX SCHNEIR, Doing Business under the Firm Name and Style of RELIABLE BINDING & CURTAIN Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DAVAR HOLDINGS, INC., v. JEROME F. COHEN.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied; and motion for a stay granted upon defendant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. [See 255 App. Div. 445.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. BENJAMIN GREENBERG and SOPHIE GREENBERG.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.